UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:09-CR-236-2 |
| | § | (CIVIL ACTION NO. 2:12-CV-356) |
| MARGUERITE JEANETTE GARCIA; aka | § | |
| CROUT; aka CROUT-GARCIA | § | |

## ORDER

Pending before the Court is Marguerite Jeanette Garcia's third request for an extension of time to file her reply to the government's response. D.E. 307. The Court granted a previous extension of time until February 25, 2013, and permitted her to file a late reply by March 18, 2013. Garcia filed her third motion for extension (virtually identical to her previous motions) without explaining why she has been unable to file her reply three months after the government's response.

As the Court noted in its previous Order denying Garcia's second request for extension, "Garcia further alleges that she 'is currently incarcerated at a high security prison which is constantly being placed on lock-down due to violence and/or the threat of violence.' Garcia's address is FPC Bryan, a minimum security federal prison camp according to the facility's website." D.E. 303. Additionally, the Court notes that Garcia's claim that her facility is more prone to lockdown during the holiday season bears no relationship to her current motion.

For all of these reasons, the Court DENIES Garcia's third request for extension (D.E. 307).

SIGNED and ORDERED this 11th day of April, 2013.

_____
Janis Graham Jack
Senior United States District Judge